# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 21-5186                                            September Term, 2021

FILED ON: JANUARY 18, 2022

RICU LLC,
        APPELLANT

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,
        APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-00452)

Before: SRINIVASAN, *Chief Judge*, ROGERS and JACKSON, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: January 18, 2022

Opinion for the court filed by Circuit Judge Rogers.